UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
HISHAM KHALEEL,

               Plaintiff,

  -against-

SWISSPORT USA, INC.,

               Defendant.
----------------------------------------------------------------- X

03 CV 1469 (ARR)

NOT FOR
ELECTRONIC OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

Defendant's motion for summary judgment is respectfully referred to Judge Bloom for a report and recommendation pursuant to 18 U.S.C. § 636(b)(1)(B).

SO ORDERED.

                                         Allyne R. Ross
                                         United States District Judge

Dated: September 6, 2005
       Brooklyn, New York

SERVICE LIST:

*Pro Se Plaintiff*
Hisham A. Khaleel
P.O. Box #09-0250
Fifth Avenue
Brooklyn, NY 11209-0250

*Counsel for Defendant*
Gregory J. Lahr
Condon & Forsyth LLP
685 3rd Avenue
New York, NY 10017


cc:        Magistrate Judge Lois Bloom