FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 21 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

HISHAM KHALEEL,

                           Plaintiff,

-against-

SWISSPORT USA, INC.,

                           Defendant.

---------------------------------------------------------------- X

03-CV-1469 (ARR)()

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated August 22, 2006 from the Honorable Lois Bloom, United States Magistrate Judge. On September 5, 2006, pro se plaintiff Hisham Khaleel filed a request for extension of time to file written objections to the Report and Recommendation. In his letter to the court requesting an extension, plaintiff explained that he was extremely busy collecting and submitting paperwork and background documentation for his application for employment with the New York City Police Department. On September 21, 2006, the court granted Mr. Khaleel an extension of time to file his objections to the Report and Recommendation until October 27, 2006. Plaintiff did not file any objections nor request another extension during that time period. Having conducted a review of the record, I hereby adopt the Report and Recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

1

Accordingly, the court grants defendant's motion for summary judgment and dismisses plaintiff's complaint in its entirety. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: November 17, 2006
Brooklyn, New York

SERVICE LIST:

### *Pro Se* **Plantiff**

Hisham A. Khaleel
P.O. Box #09-0250
Fifth Avenue
Brooklyn, NY 11209-0250

### **Defendants' Attorneys**

Anthony U. Battista
Condon & Forsyth LLP
Times Square Tower
7 Times Square
New York, NY 10036

Katherine B. Posner
Condon & Forsyth LLP
Times Square Tower
7 Times Square
New York, NY 10036

cc: Magistrate Judge Lois Bloom